RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Dioselis Ann Fuentes-Nodarse

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DIOSELIS ANN FUENTES-NODARSE,<br><br>  Defendant. | Case No. 2:16-cr-303-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Dioselis Ann Fuentes-Nodarse, that the Revocation Hearing currently scheduled on February 16, 2017 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no later than March 6, 2017.

This Stipulation is entered into for the following reasons:

1. Defense counsel will not be able to visit Mr. Fuentes until February 16, 2017 - the date on which the hearing is currently scheduled. The time requested is necessary to meet with Mr. Fuentes and review the violations he is alleged to have violated.

2. Government counsel will be out of the district from March 6th - 13th. Accordingly, the parties ask that the hearing be set at a time prior to March 6th.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 7th day of February, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIOSELIS ANN FUENTES-NODARSE,<br><br>　　　　Defendant. | Case No. 2:16-cr-303-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, February 16, 2017 at 10:30 a.m., be vacated and continued to __February 23, 2017__ at the hour of _1_:_30_ _p_.m.; or to a time and date convenient to the court in Courtroom 6C.

　　　DATED this <u>8th</u> of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

3